# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | |
|---|---|
| FRANK RICCI FLORES, § <br> TDCJ No. 01938568, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § Civil Action No. 7:18-cv-029-O-BP <br> LORIE DAVIS, Director, § <br> Texas Department of Criminal Justice, § <br> Correctional Institutions Division, § <br> § <br> Respondent. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

It is recommended by the United States Magistrate Judge that Petitioner's motion for leave to proceed *in forma pauperis* be denied in light of the fact that he has sufficient financial resources with which to pay the $5.00 filing fee in this action.

After making an independent review of the pleadings, files, and records in this case, of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and of Petitioner's response stating that he will pay the filing fee (ECF No. 6), I am of the opinion that the findings of fact, conclusions of law, and recommendation forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, Petitioner's motion for leave to proceed *in forma pauperis* (ECF No. 2) is **DENIED**. Petitioner shall tender the $5.00 filing fee to the Clerk of Court by **April 16, 2018**. Failure to comply with this order may result in dismissal of the case without further notice.

**SO ORDERED** this **26th day** of **March, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE