IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| FRANK RICCI FLORES, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 7:18-cv-029-O-BP |
| | § | |
| LORIE DAVIS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

This is a habeas action brought pursuant to 28 U.S.C. § 2254 in which Petitioner challenges the validity of his 2014 conviction for possession of a controlled substance. *See* Petition, ECF No. 1. The United States Magistrate Judge entered his Findings, Conclusions, and Recommendation in which he recommends that the petition be dismissed as barred by the statute of limitations. ECF No. 16. Petitioner has not filed objections. The District Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding no error, I am of the opinion that the findings of fact, conclusions of law, and reasons for dismissal set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is **DISMISSED** as **TIME-BARRED**.

**SO ORDERED** this **23rd day** of **August, 2018**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE